UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| EVERADO ANTONIO GODOY PALENCIA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, EDEN DETENTION CENTER,<br><br>Respondent. | No. 6:26-CV-00276-H |

**ORDER**

Petitioner Everado Antonio Godoy Palencia, a self-represented immigrant detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention pending removal proceedings. He seeks release from confinement.

Respondent has notified the Court that Petitioner's proceedings reached a conclusion, he is no longer detained under the statutory authority complained of in his petition, and he was granted voluntary departure, which is expected to take place soon. Dkt. No. 13.

Based on the information provided by Respondent, the Court concludes that Petitioner's habeas claims are moot. Thus, the Court dismisses the petition for lack of jurisdiction and denies any other pending motions as moot.

So ordered.

The Court will enter judgment accordingly.

Dated September 23, 2026.

JAMES WESLEY HENDRIX
United States District Judge